No. 428. BERENDSON *v.* REDERIAKTIEBOLAGET VOLO. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *James M. Estabrook* and *David P. H. Watson* for respondent.

No. 431. SAVAGE *v.* HADLOCK ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Eugene X. Murphy* for petitioner. *John J. Donnelly* for respondents.

No. 433. RASLICH *v.* MICHIGAN. Circuit Court for Genesee County, Michigan. Certiorari denied. *James McTaggart* for petitioner. *Samuel J. Torina,* Solicitor General of Michigan, for respondent.

No. 227, Misc. FISHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John Caughlan* for petitioner. *Solicitor General Rankin* for the United States.

No. 274, Misc. McGAHEE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 278, Misc. MONTALBANO *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 284, Misc. VAN SLYKE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 315, Misc. KOENIG *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 330, Misc. RICE *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.